# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

―――――――――

No. 12-1139

―――――――――

Michael B. Woolman,                     *
                                        *
           Appellant,                   *
                                        *   Appeal from the United States
      v.                                *   District Court for the
                                        *   District of Nebraska.
State of Nebraska; Jon Bruning,         *
Attorney General for Nebraska,          *   [UNPUBLISHED]
                                        *
           Appellees.                   *

―――――――――

Submitted: April 30, 2012
Filed:  May 3, 2012

―――――――――

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

―――――――――

PER CURIAM.


       In this action brought pursuant to 28 U.S.C. § 1983, Michael Woolman appeals the district court's[1] preservice dismissal of his complaint without prejudice. Upon careful de novo review, we find no basis for reversal. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review); see also Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (while pro se complaint should be liberally

―――――――――――――――――

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.

construed, it still must allege facts to support claims advanced; court will not supply facts or construct legal theory for plaintiff).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Woolman's pending motion to compel discovery.

_____